# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
MARCH 2026 02897
E-Filing Number: 2603049361

| | |
|---|---|
| PLAINTIFF'S NAME<br>LATANYA CATHEY | DEFENDANT'S NAME<br>TARGET CORPORATION D/B/A TARGET |
| PLAINTIFF'S ADDRESS<br>1836 E. YORK STREET APT. 201<br>PHILADELPHIA PA 19125 | DEFENDANT'S ADDRESS<br>7400 BUSTLETON AVENUE<br>PHILADELPHIA PA 19152 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>ABC COMPANIES I-III |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>XXXX<br>XXXX PA XXXXX |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>JOHN DOESI-III |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>XXXX<br>XXXX PA XXXXX |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NUMBER OF DEFENDANTS: 3

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [x] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
MAR 19 2026
B. BALILONIS

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: LATANYA CATHEY

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>BRIAN S. CHACKER | ADDRESS<br>1731 SPRING GARDEN STREET<br>PHILADELPHIA PA 19130 |
| PHONE NUMBER<br>(215)567-7955<br>FAX NUMBER<br>(215)567-6809 | |
| SUPREME COURT IDENTIFICATION NO.<br>84284 | E-MAIL ADDRESS<br>brian@gayandchacker.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*BRIAN CHACKER* | DATE SUBMITTED<br>Thursday, March 19, 2026, 03:26 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

GAY CHACKER & GINSBURG, P.C.
BY: Brian S. Chacker, Esquire
Identification No.: 84284
1731 Spring Garden Street
Philadelphia, PA 19130
Tel: (215) 567-7955
Fax: (215) 567-6809
brian@gayandchacker.com

ATTORNEYS FOR P[LAINTIFF]

Filed and Attested by the Office of Judicial Records 19 MAR 2026 03:?? pm A. BALILONIS

| | |
|---|---|
| LATANYA CATHEY<br>1836 E. York Street<br>Apt. 201<br>Philadelphia, PA 19125<br>Plaintiff,<br>v.<br>TARGET CORPORATION d/b/a TARGET<br>7400 Bustleton Avenue<br>Philadelphia, PA 19152<br>and<br>ABC COMPANIES I-III<br>and<br>JOHN DOES I-III<br>Defendants. | COURT OFCOMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MARCH TERM, 2026<br><br>NO. ________________ |

**NOTICE TO DEFEND**

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estat demandas expuestas las páginas siguientes, usted tiene viente (20) dias de plazo al partir de la fecha de la demanda y la notificatión. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su personá. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificatión. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puese perder dinero o sus propiedades u ostros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEPHONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA

LAWYER REFERRAL AND INFORMATION SERVICE
ONE READING CENTER
PHILADELPHIA, PA 19107
TELEPHONE: (215) 238-1701

Servicio De Referencia E Información Legal
One Reading Center
Filadelfia, Pennsylvania 19107
Telephono: (215) 238-1701

GAY CHACKER & GINSBURG, P.C.
BY: Brian S. Chacker, Esquire
Identification No.: 84284
1731 Spring Garden Street
Philadelphia, PA 19130
Tel: (215) 567-7955
Fax: (215) 567-6809
brian@gayandchacker.com

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| LATANYA CATHEY<br>1836 E. York Street<br>Apt. 201<br>Philadelphia, PA 19125<br>Plaintiff,<br>v.<br>TARGET CORPORATION d/b/a TARGET<br>7400 Bustleton Avenue<br>Philadelphia, PA 19152<br>and<br>ABC COMPANIES I-III<br>and<br>JOHN DOES I-III<br>Defendants. | COURT OFCOMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MARCH TERM, 2026<br><br>NO. ________________ |

## COMPLAINT

Plaintiff, LaTanya Cathey ("Ms. Cathey"), by and through her attorneys, Gay Chacker & Ginsburg, P.C., files this Complaint against defendants, Target Corporation d/b/a Target ("defendant Target"), ABC Companies I-III ("ABC defendants"), and John Does I-III ("Doe Defendants")(collectively "defendants"):

1. Ms. Cathey is an adult individual residing at the above-captioned address.

2. Defendant Target is a Minnesota corporation or other business entity, registered to do business in the Commonwealth of Pennsylvania with a principal place of business at 1000 Nicollet Mall, Minneapolis, MN 55403.

3. Defendant Target regularly conducts business in the City and County of

Philadelphia.

4. The Doe defendants and the ABC defendants are unknown individual(s)/entity/entities/estate(s)/successor(s) and/or duly appointed Administrator(s) or Executor(s) of the defendants' Estate(s), should said defendant(s) be deceased, who, or whose decedent, owned operated, controlled, possessed, maintained, managed and/or were otherwise responsible for the care, control and/or safety of the premises as defined herein and who have not been identified despite reasonable investigation. The Doe defendants and the ABC defendants are designated as fictitious parties and plaintiff will file a Motion to Amend the Complaint in accordance with Pa.R.C.P. 2005(c) and 1033, upon identifying the actual name of the defendant or defendants.

5. At all relevant times the defendants were acting by and through their duly authorized employees, servants, workers and/or agents, including but not limited to the Doe defendants and the ABC defendants, who were acting within the course and scope of their employment or agency.

6. On or about March 22, 2024 at or about 6:45 p.m., defendants owned, operated, controlled, possessed, maintained, managed and/or were otherwise responsible for the care, control and/or safety the retail store located at 7400 Bustleton Avenue, Philadelphia, PA 19152 ("the premises").

7. At said time and location, Ms. Cathey was lawfully on said premises as a business invitee.

8. Ms. Cathey, upon entering the store, intended to obtain a motorized scooter as she had done on previous occasions but there were none available to her.

9. After shopping for a period of time on foot, Ms. Cathey attempted to rest on a chair that appeared appropriate for customers to sit on but which in fact was several chairs

loosely stacked upon one another when suddenly and without warning the chairs collapsed and struck her in the head as she was caused to fall to the ground, causing injuries and damages to plaintiff, as more fully set forth at length below.

10. The dangerous condition was caused by defendants and/or their agents, servants, workmen, and/or employees, was allowed to remain by defendants and/or its agents, servants, workmen, and/or employees, and existed for a sufficient period of time such that defendants knew, or in the exercise of reasonable care, should have known of its existence and the danger it created for members of the public including business invitees such as plaintiff.

11. As a direct and proximate result of the conduct of defendants, Ms. Cathey sustained severe injuries, which include, but are not limited to, L4-5 disc bulges with facet arthrosis and neuroforaminal narrowing, cervical and lumbar strains and sprains, and various other ills and injuries.

12. As a direct and proximate result of the conduct of defendants, Ms. Cathey has and will continue to suffer in the future great pain and suffering with mental and physical traumatic anxiety reaction, nervousness, and other psychological and emotional disorders depriving her of life's pleasures together with great embarrassment and humiliation.

13. As a direct and proximate result of the conduct of defendants, Ms. Cathey has and will in the future continue to spend money for medicine and medical care in and about an effort to affect a cure for the aforesaid injuries.

14. As a direct and proximate result of the conduct of defendants, Ms. Cathey has and will in the future be unable to attend or perform her usual daily duties, activities and occupation all to her great detriment and loss.

**COUNT I**
**Ms. Cathey v. Defendants**

15. Plaintiff incorporates by reference paragraphs 1 through 14 herein as if set forth at length below.

16. Ms. Cathey's injuries and resulting harms were caused by the negligence and/or carelessness of defendants, which consists without limitation of the following:

(a) Failing to maintain the aforesaid area in a manner free of hazards which would protect and safeguard persons lawfully on their premises;

(b) Permitting the aforesaid area to become a nuisance, snare, and trap for persons lawfully in said area;

(c) Failing to inspect the aforesaid area and ascertain the hazardous condition which existed and/or was maintained by defendants;

(d) Failing to install a warning or other safety device at the premises;

(e) Failing to adequately ensure the availability of devices to assist customers such as plaintiff with walking despite conveying and leading customers to believe that such devices would be available to them;

(f) Failing to properly and safely store, display and/or position merchandise so as to prevent a dangerous, defective and/or unsafe condition;

(g) Failing to instruct, supervise and/or train their agents, servants, workmen and/or employees regarding the storage, display and positioning of merchandise; and

(h) Failing to maintain safe premises for persons, including business invites, lawfully present at defendant's business establishment.

17. Defendants are vicariously liable for the actions of their agents, servants, and employees under the doctrine of *Respondeat Superior*.

18. Ms. Cathey's injuries and harms resulted solely from the negligence of defendants and was not caused by any act or failure to act on the part of Ms. Cathey.

WHEREFORE, Plaintiff demands damages against defendants, jointly and severally, in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus interest and costs and any other

relief that the Court deems appropriate.

BRIAN S. CHACKER, ESQUIRE
GAY, CHACKER & GINSBURG, P.C.
1731 Spring Garden Street
Philadelphia, PA 19130
(215) 567-7955
brian@gayandchacker.com

**Attorneys for Plaintiff**
**LaTanya Cathey**

Dated: March 19, 2026

**VERIFICATION**

I, Brian S. Chacker, Esquire, hereby verify that I am attorney for the plaintiff in the above matter and that I am authorized to make the verification on plaintiff's behalf. I verify that the facts set forth in the foregoing Pleading are true and correct to the best of my knowledge, information and belief based upon information provided to me. This verification is made subject to the penalties of 18 P.S. § 4904 relating to unsworn falsifications to authorities.

BRIAN S. CHACKER

Case ID: 260302897